458 F.2d 1360
 Douglas WARE, a Minor Representative, By His Father, Marshal
Ware, et al., Plaintiffs-Appellants,
v.
Nolan ESTES, Superintendent of the Dallas Public Schools, et
al., Defendants-Appellees.
 No. 71-2875.
 United States Court of Appeals,
Fifth Circuit.
 May 19, 1972.
Rehearing Denied June 15, 1972.
 
 Fred Time, Dallas, Tex., for plaintiffs-appellants.
 Warren Whitham, Dallas, Tex., for defendants-appellees.
 Before DYER, Circuit Judge, SKELTON,** Judge, and INGRAHAM, Circuit Judge.
 PER CURIAM:
 
 
 1
 We are in agreement with the well considered memorandum opinion of the district court, Ware v. Estes, 328 F.Supp. 657 (N.D., Tex., 1971), and its judgment is affirmed.
 
 
 
 **
 Judge Byron G. Skelton, U. S. Court of Claims, sitting by designation